IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AARON D. SANDERS,

        Plaintiff,

    v.

PERATON, INC.,

        Defendant.

Case No. _____1:23-cv-1387_____

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Peraton, Inc. ("Peraton" or "Defendant"), by and through its attorneys, files this Notice of Removal and removes this action from the Circuit Court for Fairfax County, Virginia, where the lawsuit is now pending, to the United States District Court for the Eastern District of Virginia.  As grounds for removal, Defendant states as follows:

1.      On September 13, 2023, Plaintiff Aaron D. Sanders ("Sanders" or "Plaintiff") commenced a civil action against Defendant in the Circuit Court for Fairfax County, Virginia, entitled *Aaron D. Sanders v. Peraton, Inc.*, Case No. 2023-13199 (the "State Court Action").

2.      On or about September 21, 2023, Defendant was served with the Complaint and a summons.  *See* **Exhibit A**, Complaint and Summons.  This constitutes all processes, pleadings, and orders served upon Defendant in this action to the present date.  28 U.S.C. § 1446(a).

3.      The instant Notice of Removal is being filed within 30 days of the date on which Defendant was served with the Complaint and Summons in the State Court Action.  28 U.S.C. § 1446(b).

4.      This is an action of a civil nature in which the district courts of the United States

-1-

are provided original jurisdiction in that the action arises under the laws of the United States and invokes federal question jurisdiction as provided in 28 U.S.C. §§ 1331 and 1441(a).

5.      In the Complaint, Plaintiff alleges, *inter alia*, that (1) "[t]he basis of this [lawsuit] is to present [] an infraction with the ADA" based on his alleged disability; (2) his legal claims arise out of Title I of the Americans with Disabilities Act (ADA) and its implementing regulations in "29 CFR Part 1630," as well as "Section 501 of the Rehabilitation Act [of 1973]"; and (3) he was discriminated against based on his veteran status.[1]   *See* **Exhibit A**, Complaint, at p. 1, ¶ 2; *id.* at pp. 2-3, § IV, ¶¶ 1-4 ("Legal Claims").

6.      ADA claims arise exclusively under federal law.  *See* 42 U.S.C. §§ 12101 *et seq.*; 29 C.F.R. Part 1630.  Likewise, claims under the Rehabilitation Act of 1973 arise exclusively under federal law.  *See* 29 U.S.C. §§ 701 *et seq.*  Plaintiff therefore asserts a claim that arises under the laws of the United States, and this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

7.      As such, this case may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

8.      The United States District Court for the Eastern District of Virginia embraces the district where the state court action is pending. 28 U.S.C. § 127(a). Therefore, this Notice of Removal has been properly filed within this District and venue is proper. *See* 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.").

---

[1] Plaintiff contends that the alleged discrimination he experienced based on his veteran status is a violation of the guidelines of the Office of Federal Contractor Compliance Programs (OFCCP). *See* Compl. at p.1, ¶ 2 & p. 4, ¶ 1.   The OFCCP, however, is a governmental agency, not a standalone cause of action.

9.    Upon filing this Notice of Removal, Defendant will give prompt written notice of its filing to all adverse parties and will file a copy of the Notice of Removal with the Clerk of Court of the Circuit Court of Fairfax County.  *See* 28 U.S.C. § 1446(d).  Attached to this Notice as **Exhibit B** is a copy of the Notice of Filing of Notice of Removal to the Circuit Court.

WHEREFORE, Defendant respectfully requests that the State Court Action be removed, and hereinafter proceed in the United States District Court for the Eastern District of Virginia.

Dated: October 12, 2023

Respectfully submitted,

 */s/ Alexander P. Berg*
Alexander P. Berg (VSB # 95557)
aberg@littler.com

LITTLER MENDELSON P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone:    703.442.8425
Facsimile:    703.552.0045

*Counsel for Defendant Peraton, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, the foregoing **NOTICE OF REMOVAL** was filed with the Clerk of Court for the Circuit Court of Fairfax County, and served by U.S. Mail and E-mail on the following:

> Aaron D. Sanders
> 544 Clover Drive
> Terra Alta, WV 26764
> 202.499.8906
> aaron.d.sanders1@gmail.com
>
> *Plaintiff pro se*

>   */s/ Alexander P. Berg*
> Alexander P. Berg (VSB # 95557)
> aberg@littler.com
>
> LITTLER MENDELSON P.C.
> 1800 Tysons Boulevard
> Suite 500
> Tysons Corner, VA 22102
> Telephone:     703.442.8425
> Facsimile:     703.552.0045
>
> *Counsel for Defendant Peraton, Inc.*

-4-